# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Chris Sevier, | ) |
| Plaintiff, | ) **ORDER ADOPTING REPORT** |
| | ) **AND RECOMMENDATION** |
| vs. | ) |
| | ) Case No. 1:17-cv-255 |
| Doug Burgum, in his official capacity as | ) |
| Governor of North Dakota, et. al., | ) |
| Defendants. | ) |

The Plaintiff initiated this *pro se* action on October 23, 2017. See Docket No. 1. After screening the 549-page complaint as required by 28 U.S.C. § 1915(e)(2), Magistrate Judge Charles S. Miller, Jr. issued a Report and Recommendation on October 31, 2017, in which he recommended the complaint be dismissed without prejudice for failure to state a claim upon which relief can be granted. See Docket No. 4. The parties were given fourteen (14) days to file any objections to the Report and Recommendation. Servier filed an objection on November 20, 2017. See Docket No. 16. Along with his objection, Servier filed an amended complaint and a number of motions.

The Court has carefully reviewed the Report and Recommendation, Servier's objection, the relevant case law, the complaint, the amended complaint, and the entire record, and finds the Report and Recommendation to be persuasive. The Court agrees with Judge Miller that the complaint is frivolous. The amended complaint also fails to state any cognizable claims.

Accordingly, the Court **ADOPTS** the Report and Recommendation (Docket No. 4) in its entirety and **ORDERS** the case **DISMISSED** without prejudice. All pending motions (Docket Nos. 5, 17, 18, 21, and 22) are deemed **MOOT**.

**IT IS SO ORDERED.**

Dated this 27th day of November, 2017.

/s/ Daniel L. Hovland

Daniel L. Hovland, Chief Judge
United States District Court